**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Antoine L. BULLOCK,
Defendant/Appellant.**

**No. ED 83275.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 1, 2004.

Case Transferred to Supreme Court
Aug. 25, 2004.

Case Retransferred to Court of
Appeals Dec. 21, 2004.

Rehearing Denied Jan. 25, 2005.

Original Opinion Reinstated
Jan. 25, 2005.

Richard B. Dempsey, Washington, MO,
for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Richard A. Starnes, Assistant Attorney
General, Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J. and
KATHIANNE KNAUP CRANE, J. and
MARY K. HOFF, J.

ORDER

PER CURIAM.

Antoine L. Bullock (Defendant) appeals
from the trial court's judgment and sentence imposed after a bench trial in which
the court found him guilty of one count of
possession of a controlled substance with
intent to distribute, deliver, or sell, in violation of Section 195.211 [1] and punishable
under Section 558.011. The trial court
sentenced Defendant to five years imprisonment in the Missouri Department of

Corrections. This appeal follows. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be
without merit. No error of law appears.
An extended opinion reciting the detailed
facts and restating the principles of law
applicable to this case would have no jurisprudential value. The parties have been
furnished with a memorandum for their
information only, setting forth the reasons
for our decision. We affirm the judgment
pursuant to Rule 30.25(b).

---

1. All statutory references are to RSMo 2000, unless otherwise noted.